**TEVA WOMEN'S HEALTH, INC.,**
Plaintiff–Appellant,

v.

**LUPIN, LTD., and Lupin
Pharmaceuticals, Inc.,**
Defendants–Appellees,

and

**Mylan Pharmaceuticals Inc., Mylan
Inc., and Famy Care Ltd.,**
Defendants–Appellees.

No. 2012–1577.

United States Court of Appeals,
Federal Circuit.

May 21, 2013.

Richard C. Pettus, Greenberg Traurig LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief was Charanjit Brahma, of Washington, DC. Of counsel were Vera Ranieri, and Nicholas A. Brown of San Francisco, CA; and Jack Lin of Washington, DC.

Timothy H. Kratz, McGuire Woods LLP, of Atlanta, GA, argued for defendants-appellees. With him on the brief were Robert L. Florence and George J.

Barry, III. Of counsel on the brief were Arnold B. Calmann, Saiber LLC, of Newark, NJ; Sailesh K. Patel, Schiff Hardin LLP, of Chicago, IL; D. Christopher Ohly, of Washington, DC; George C. Yu and Alison L. Maddeford, of San Francisco, CA; Henry P. Behnen, of New York, NY; and Karen A. Confoy and Erica S. Helms, Sterns & Weinroth, P.C., of Trenton, NJ.

LOURIE, O'MALLEY, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**